IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jean Marie Labanowski, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 0:15-2250-RMG |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court for judicial review of the final decision of the Acting Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on July 19, 2016, recommending that the decision of the Commissioner be affirmed. (Dkt. No. 19). The Plaintiff filed objections to the R & R and the Commissioner filed a reply. (Dkt. Nos. 20, 22).

The Court has reviewed the R & R, the briefs of the parties, and the record evidence in this matter. The Court finds that the Magistrate Judge ably addressed the factual and legal issues in this matter and correctly concluded that the Commissioner's decision should be affirmed. Plaintiff's objections essentially re-argue the very issues that were raised before and addressed by the Magistrate Judge. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court (Dkt. No. 19) and **AFFIRMS** the decision of the Commissioner.

-1-

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 2̲9̲, 2016